**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EMCYTE CORP., a Florida Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CERVOS MEDICAL LLC, a Delaware Limited Liability Company,<br><br>Defendant. | C.A. No. 22-1564-JPM<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT LETTER TO THE HONORABLE JON P. MCCALLA
REQUESTING TELEPHONE CONFERENCE REGARDING
DISCOVERY AND SCHEDULING</u>**

Hon. Jon P. McCalla
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3555

Re:   Joint Request for Telephonic Conference: *EmCyte Corp. v. Cervos Medical LLC*, Case No. 1:22-cv-1564-JPM

Dear Judge McCalla:

The parties respectfully request a telephonic conference to discuss, outline, and narrow certain scheduling and discovery-related issues.  Specifically, while both agree that an extension of pending deadlines in the operative Joint Planning Report and Proposed Schedule (D.I. 29) is warranted, the parties disagree on the required extension.  For the Court's convenience, an amended scheduling order setting forth the parties' respective proposed deadlines is attached hereto as **Exhibit A**.

Further, the parties have reached an impasse over when a rolling production of documents responsive to the parties' propounded discovery is to begin.  Plaintiff/Counterclaim-Defendant EmCyte Corporation ("EmCyte") maintains this rolling production should start at the same time the parties produce their respective core technical documents.  Defendant/Counterclaimant Cervos Medical LLC ("Cervos") posits that a rolling production begin November 10 and November 13, 2023, one month after the exchange of respective core technical documents.

EmCyte disagrees that it is appropriate for Cervos to begin its production in November given that EmCyte first propounded discovery in July.  EmCyte also asserts that a mutual rolling production is inapposite to the requirements of Rule 34; Cervos's responses to EmCyte's discovery were due before EmCyte's responses to Cervos's discovery requests.  Thus, EmCyte's position is that any production deadline should give EmCyte the same amount of time by which to collect and produce documents that Cervos has enjoyed.  Cervos's position is that EmCyte's request for Cervos to begin rolling production in response to EmCyte's discovery requests before or concurrent with the core technical documents production deadline is inconsistent with the discussion between the parties during the July 10, 2023, hearing to prioritize documents beneficial to settlement and reduce discovery burdens, Delaware's Default Standard for Discovery description of "Initial Discovery," and W.D. Tennessee's Local Patent Rules.

EmCyte also maintains that Cervos has submitted insufficient responses by relying on Federal Rule of Civil Procedure 33(d) despite failing to identify any specific documents that may be responsive to EmCyte's interrogatories.  Cervos has offered to discuss with EmCyte certain categories of responsive documents to prioritize, namely documents related to Cervos's Patent-in-Suit, but did not offer to prioritize all responsive documents during its rolling production.  Cervos also offered to supplement its responses to identify specific documents when such documents are produced.

1

The parties are available to discuss these issues on **October 10**, 2023, except from between 12:00 PM ET to 1:00 PM ET or 4:30 PM ET to 5:30 PM ET and on **October 12**, except for between 12:30 PM ET and 3:30 PM ET.

Dated: October 5, 2023

Respectfully Submitted,

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Ronald P. Golden III* | */s/ Brian P. Egan* |
| _____ | _____ |
| Stephen B. Brauerman (#4952) | Jack B. Blumenfeld (#1014) |
| Ronald P. Golden III (#6254) | Brian P. Egan (#6227) |
| 600 N. King Street, Suite 400 | Benjamin Yenerall (#7132) |
| Wilmington, DE 19801 | 1201 North Market Street |
| Tel: (302) 655-5000 | P.O. Box 1347 |
| Fax: (302) 658-6395 | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 658-9200 |
| rgolden@bayardlaw.com | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| *Attorneys for Plaintiff* | byenerall@morrisnichols.com |
| | *Attorneys for Defendant* |